***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
**PelusoandTouger.com**

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

December 1, 2020

By ECF

Honorable J. Paul Oetken
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: <u>United States v. Christian Liverman</u>,
    19 CR 761 (JPO)

Your Honor,

Mr. Liverman's sentence is currently scheduled for December 21, 2020. I would most respectfully request that his sentence be adjourned to a date in February 2021 that is convenient for the Court. The reason for this request is that I need certain documents and information to adequately prepare for the sentence and due to delays brought about by Covid I am not able to get these documents in a timely fashion. I have contacted AUSA Frank Balsamello and he has no objection to this request.

Thank you very much for your attention to this matter.

Most Respectfully,

David Touger, Esq.

---

> Granted.
> Sentencing is hereby adjourned to February 24, 2021, at 11:00 am.
>  So ordered.
>  December 4, 2020

_____
J. PAUL OETKEN
United States District Judge